**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAXIMILIAN ZIEMER and ANI AVETISYAN,<br><br>Plaintiffs,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>and<br><br>SERVBANK, SB,<br><br>Defendants. | Case No. 25-cv-00174 (TSC) |

**SCHEDULING ORDER**

**1. DEADLINES:**

It is hereby **ORDERED** that the parties shall adhere to the following deadlines:

| | |
|---|---|
| Deadline to Exchange Potential Witness Lists[1] | 5/16/2025 |
| Deadline to Amend the Pleadings | 6/18/2025 |
| Deadline to Join Additional Parties | 6/18/2025 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | 8/15/2025 |
| Defendant's Rule 26(a)(2) Expert Disclosures | 9/15/2025 |
| End of Discovery | 11/15/2025 |
| Defendants' Motion for Summary Judgment due | 1/15/2026 |

[1] The parties agree to dispense with initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) but will informally exchange lists of potential witnesses.

| | |
|---|---|
| Plaintiffs' Response/Cross-Motion due | 2/18/2026 |
| Defendants' Reply/Response due | 3/18/2026 |
| Plaintiffs' Reply due | 4/1/2026 |

**2. DEPOSITIONS AND INTERROGATORIES:**

Absent agreement of the parties or Order of the Court to the contrary, the parties shall be limited to no more than **ten (10) depositions** and no more than **twenty-five (25) interrogatories** per side.

**3. DISCOVERY DISPUTES:**

Counsel shall confer in good faith in an effort to resolve any discovery dispute. If counsel are unable to resolve the dispute, they must first **JOINTLY** submit, via email to chambers, a clear, concise description of the issues in dispute, each party's position on the disputed issues, and the parties' joint availability for an on-the-record telephone conference. The court will then respond as soon as practicable to schedule a telephone conference and provide the parties with call-in information.

**Counsel shall not file any discovery-related motion without a prior telephone conference with the Court and opposing counsel.**

Counsel are hereby notified that a party who does not prevail in a discovery dispute may be ordered to pay the costs involved, including reasonable attorney's fees.

**4. REQUEST FOR APPOINTMENT OF MEDIATOR:**

If at any point the parties desire to engage in mediation, with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office, the parties shall file a joint motion captioned "Joint Motion for Mediation."

Date: May 12, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge